FILED
JAMES J. VILT, JR. - CLERK
JAN 21 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

<u>PRO SE FILING-Motion to move from state court of Kentucky to Federal Court and take over own case on Morgan Versus Atmos Energy (sole owners of UCG & WKG Storage).</u>

docket number. 17-CI-00163    4:25-CV-8-GNS

#1-Because of the deposition on James Slayton, an engineer that family owns land around the pumping station and drills wells of all kind for a living came back a 100 percent in Morgan's favor on gas production. That would make the case over $75000 dollars and going on since 1986 almost 40 years.

#2-Federal tax evasion- because of Atmos Energy not reporting gas production to the state of Kentucky and paying any taxes on the gas production coming off the gas wells in the whole Western Kentucky area nor paying any gas royalties to the land owners of any kind off the held by production and very little land payments.

# 3-Morgan had filed through the whistleblower Act when Morgan had the second lawyer and knew that Atmos was taking production gas across his land but could never get the deposition done on James Slayton or Cye Britt to back up what Morgan was saying and finally got his 3rd lawyer to do the deposition on James Slayton, but could not ever get the 3rd lawyer to agree to move the case back to Federal court.

#4-Morgan is having to try to move his own case because of Atmos now trying to go around him and completely getting by with all these violations because to be able to move a case that been in state court over 30 days and hasn't been moved for over 1 year time frame. The plaintiff, which is Morgan, would have to have moved the case because of time jurisdiction but Morgan couldn't move the case to Federal court until Morgan got someone with some credibility to back up what Morgan was saying and the deposition on James Slayton does that and should also cover the time jurisdiction of a 1 year time frame because new proof has been presented.

#5-It also covers the $75000 dollars and two years where this has been going on since 1986 without Atmos Energy repointing their gas production to the state of Kentucky and paying taxes off the production gases being produced off the land or coming back to the land owners and paying them something fair for taking production gases across and off their lands in storage leases with two different gas sources, WKG Western Kentucky gas pumping in gas with the new gas line put in in 2009 coming from the East Diamond mine areas and then the 5 UCG United citizens gas wells Producing their own gas making two different gas sources coming off and across Morgan's land in fraudulent storage leases that's been handed down with the land since 1986. **<u>Morgan is notifying the State Court System that he is moving the case of Morgans v Atmos Energy to Federal court.</u>**

<u>#6-Diversity Jurisdiction-Title 28, Section 1332 of the United States Code (28 U.S.C. section 1332(a).</u>
Morgan seeks to file this motion in Federal court because of diversity jurisdiction. Atmos Energy is headquartered in Dallas, Texas. And Ronnie Morgan lives in Madisonville, Kentucky. This case exceeds the required amount of $75,000.

*Ronnie Morgan*